UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:  CASE NO: 1802747

FREDERICK WALKER
SSN#: xxx-xx-7583
Borrower#: 1001608717  CHAPTER BK13

Debtor(s)  CLAIM#: 7

NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit Management Corporation (ECMC), and its payment processing servicing agent National Payment Center, request the Clerk of the U.S. Bankruptcy Court, NORTHERN DISTRICT OF ILLINOIS, make note of the changes in ED's addresses:

**PAYMENTS:**

Old:  U.S. Department of Education
National Payment Center
P O Box 105028
Atlanta, GA  30348-5028

New:  **U.S. DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
P O Box 790336
St. Louis, MO  63179-0336**

**NOTICES:**

Old:  U.S. Department of Education
P O Box 16448
Saint Paul, MN  55116-0448

New:  **U.S. DEPARTMENT OF EDUCATION
P O Box 16448
Saint Paul, MN  55116-0448**

Respectfully submitted this day, July 8, 2019

/s/ Hannah Jacobson
Bankruptcy Operation Specialist
Bankruptcy Department
PO Box 16448
St. Paul, MN  55116-0448
PH: (800) 363-4562  Fax: (877) 865 9741