# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) Case No.: | 18-02747 |
| Frederick Walker | ) Chapter: | Chapter 13 |
| | ) Date Filed: | 01/31/2018 |
| Debtor(s) | ) 341 Date: | 02/27/2018 |
| | ) Judge: | Honorable Donald R. Cassling |
| | ) Trustee: | Tom Vaughn |

## NOTICE OF CHANGE OF ADDRESS

The current address of the Debtor is different from the address as it appears on the schedules filed in this matter.

**NOTICE IS HEREBY GIVEN** that the new mailing address of the above named Debtor on the general docket and the schedules on file in this matter should be changed to the following:

**1111 S. Laflin apt 1616**
**Chicago, IL 60607**

By:  *Kyle Dallmann*
Kyle Dallmann, Attorney

## CERTIFICATE OF SERVICE

I, Kyle Dallmann, an attorney at law hereby certify that I caused this document to be served by filing it using this Court's CM/ECF system. All parties in interest who wish to receive notice and who have filed proper appearances will receive notice via this Court's CM/ECF system.

By:  *Kyle Dallmann*
Kyle Dallmann, Attorney

GLL# 758353